# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. GABBA,<br><br>       Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants.<br>_____/ | CASE NO. 1:10-cv-00414-LJO-GBC<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983<br><br>(Docs. 1, 13) |

Plaintiff Thomas J. Gabba ("Plaintiff") is a civil detainee involuntarily committed pursuant to California's Sexually Violent Predator Act ("SVPA"), Cal. Welf. & Inst. Code § 6600, et seq., and is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff is proceeding pro se and in forma pauperis in this action. (Doc. 10). On March 9, 2010, Plaintiff filed the original complaint. (Doc. 1). On August 3, 2011, the Magistrate Judge dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915(e). (Doc. 13). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///
///
///

1

Case 1:10-cv-00414-LJO -GBC   Document 15   Filed 09/07/11   Page 2 of 2

Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.  (Docs. 1, 13).

IT IS SO ORDERED.

Dated:   September 7, 2011                              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE